STATE OF CONNECTICUT *v.* DAREL EDWARDS

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 407 (AC 26222), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Daniel J. Krisch,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided March 14, 2007

BRUCE JEFFERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Bruce Jefferson's petition for certification for appeal from the Appellate Court, 99 Conn. App. 321 (AC 26585), is denied.

*Kenneth Paul Fox,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided March 14, 2007